**CANDIS MITCHELL**
California State Bar No.  242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Pena-Valdivia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **SERGIO PENA-VALDIVIA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 30, 2008

/s/  *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Pena-Valdivia
Candis_Mitchell@fd.org

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7   Dated:  July 30, 2008                          _/s/  Candis Mitchell_____
                                                   **CANDIS L. MITCHELL**
8                                                  Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
9                                                  San Diego, CA  92101-5030
                                                   (619) 234-8467  (tel)
10                                                 (619) 687-2666  (fax)
                                                   Candis_Mitchell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28