

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2804-JLS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| DIONICIO VALDIVIA-INIGUEZ T/N, | ) | Title 8, U.S.C., Sec. 1325 - |
| aka Sergio Pena-Valdivia, | ) | Illegal Entry (Felony) |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about March 22, 2007, within the Southern District of California, defendant DIONICIO VALDIVIA-INIGUEZ T/N, aka Sergio Pena-Valdivia, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEK:jam:San Diego
7/31/08

Count 2

On or about July 25, 2008, within the Southern District of California, defendant DIONICIO VALDIVIA-INIGUEZ T/N, aka Sergio Pena-Valdivia, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 21, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER    For
Assistant U.S. Attorney