AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DIONICIO VALDIVIA-INIGUEZ T/N,
 aka Sergio Pena-Valdivia

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2804-JLS

I, <u>DIONICIO  VALDIVIA-INIGUEZ T/N, aka Sergio Pena-Valdivia</u>, the above named

defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___August 21, 2008___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Dionicio Valdivia_
Defendant

_Coreli mature_
Counsel for Defendant

Before _____
Judicial Officer

**FILED**

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY